UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re HAI NGUYEN,

          Petitioner,                      No. C 13-4768 PJH (PR)

                                          **ORDER DISMISSING CASE**

                                          /

      This case was opened when petitioner sent a letter to the court regarding his sentence. Petitioner was informed he must file a petition and motion to proceed in forma pauperis. Petitioner has now filed a motion to dismiss the case without prejudice. Docket No. 6. This case is therefore **DISMISSED** without prejudice.

      Because reasonable jurists would not find the result here debatable, a certificate of appealability ("COA") is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000) (standard for COA). The clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: January 6, 2014.

                                            PHYLLIS J. HAMILTON
                                            United States District Judge

G:\PRO-SE\PJH\HC.13\Nguyen4768.dsm